PS8
(8/88)

# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. Donald Dean                                                                 Docket No. 19-30399M-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW L'Shawnda Roby, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Donald Dean, who was placed under pretrial release supervision by United States Magistrate Judge Patricia T. Morris, sitting in the court at Detroit, Michigan, on July 6, 2021, under the following conditions:

1. Report as directed to Pretrial Services.
2. Surrender any passport and/or enhanced identification to Pretrial Services as directed.
3. Not obtain a passport, enhanced identification or other international travel documents.
4. Travel restricted to the state of Michigan unless approved by Pretrial Services or the court.
5. Reside at bond address and not relocate without pre-approval by Pretrial Services.
6. Not use alcohol.
7. Not use or unlawfully possess any illegal controlled substances.
8. Submit to testing as directed by Pretrial Services.
9. Drug treatment as directed by Pretrial Services.
10. Resolve outstanding warrants as directed by Pretrial Services.

**Respectfully presenting petition for action of court and for cause as follows**:

At the time the bail report was completed, the defendant reports to have misunderstood the question about having a Michigan enhanced drivers license. The defendant currently denies having an enhanced license and reports to have a regular Michigan driver license.

Both defense counsel, David Tholen, and Assistant United States Attorney, Ryan Particka, have been informed of Pretrial Services' intent to request removal of a condition of the defendant's release, reporting no opposition.

Donald Dean
19-30399M-1 Page 2 of 2

**PRAYING THAT THE COURT WILL ORDER BOND BE MODIFIED ALLOWING FOR THE FOLLOWING:**

Bond is modified to remove the condition to Surrender Michigan enhanced driver's license as directed by Pretrial Services.

**ALL PREVIOUSLY IMPOSED CONDITIONS OF RELEASE REMAIN IN EFFECT.**

| ORDER OF COURT | | |
|---|---|---|
| Considered and ordered this __26th__ day of __July__, 2021 and ordered filed and made a part of the records in the above case.<br><br>_____<br>Honorable Patricia T. Morris<br>United States Magistrate Judge | | I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on July 12, 2021<br><br>s/ L'Shawnda Roby<br><br>L'Shawnda Roby<br>United States Pretrial Services Officer<br>Place: Detroit, Michigan<br>Date: 7/12/2021 |

cc: Ryan A. Particka
      Assistant United States Attorney

     David C. Tholen
     Defense counsel