UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

          Case No. 22-cr-20338-1

          HON. STEPHEN J. MURPHY, III

DONALD DEAN,

          Defendant.

_____/

## STIPULATED ORDER ADJOURNING SENTENCING

NOW COME the parties, and hereby stipulate to adjourning the sentencing date in this matter based on the Court's inability to proceed based on illness and a pending trial which must proceed upon the Court's return both of which make the present sentencing date of March 30, 2023 unfeasible. The parties stipulate to adjourning sentencing by approximately 45–60 days, from March 30, 2023 until May 18, 2023 at 11:30 a.m.

SO ORDERED.

          s/Stephen J. Murphy, III
          STEPHEN J. MURPHY, III
Dated: March 24, 2023      United States District Court Judge

**IT IS SO STIPULATED.**

| | |
|---|---|
| s/Corinne M. Lambert (w/ consent) | s/David C. Tholen |
| Corinne M. Lambert | David C. Tholen |
| Special Assistant U.S. Attorney | Attorney for Defendant |
| 211 W. Fort Street | Federal Community Defender |
| Suite 2001 | 613 Abbott, Ste. 500 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| Dated: 3/23/23 | Dated: 3/23/23 |