PROB 35
(Rev. 5/01)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.   Crim. No. 22-CR-20338-01

DEAN, Donald

On June 6, 2023, the above named was placed on supervised release for a period of two years. On October 7, 2024, DEAN passed away from natural causes at his home in Highland Park, Michigan. This information was verified by Accurint and an obituary provided by the employer. It is recommended that the Court close interest in this case.

Respectfully submitted,

s/Jovonne Jones
United States Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 31st day of October, 2024.

s/Stephen J. Murphy, III
Stephen J. Murphy, III
United States District Judge